USDC SCAN INDEX SHEET










CGL    12/28/05    9:21

3:05-CV-00939    TENORIO V. HUNT BUILDING CORP

*13*

*NTCF.*

```
SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
  John R. Heisner, SBN 55716
  Donald G. Rez, SBN 082615
  Robert P. Allenby, SBN 156926
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372
```

Attorneys for Defendant HUNT BUILDING COMPANY, LTD.

FILED
05 DEC 27 PM 3: 17

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH TENORIO, individually, and on behalf of other members of the general public similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>HUNT BUILDING COMPANY, LTD., a Texas limited partnership improperly sued as HUNT BUILDING CORPORATION, a Texas corporation; and DOES 1 through 10, inclusive<br><br>       Defendants. | Case No. '05 CV 0939 BEN (POR)<br><br>NOTICE OF ENTRY OF FINAL ORDER OF DISMISSAL<br><br>District Judge:    Hon. Roger T. Benitez<br>Magistrate-Judge: Hon. Louisa S. Porter |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT, in conformance with Rules 58 and 79 of the Federal Rules of Civil Procedure and pursuant to the stipulation of the parties filed December 20, 2005, on Tuesday, December 22, 2005, the United States District Court for the Southern District of California, the Honorable Roger T. Benitez presiding, entered a final order dismissing the above-referenced action with prejudice as to Plaintiff KENNETH TENORIO and without prejudice as to the members

///
///
///

**ORIGINAL**

::ODMA\PCDOCS\PCDOCS\249937\1                    -1-                    Case No. '05 CV 0939 BEN (POR) '05 CV 0939 BEN (POR

1 | or potential members of the class defined in the First-Amended Complaint. A true and correct file-
2 | stamped, conforming copy of the order of dismissal so entered is attached hereto as Exhibit A.

3 | Dated:    December 23, 2005            SULLIVAN, HILL, LEWIN, REZ & ENGEL
                                           A Professional Law Corporation

                                           By: _____
                                           John R. Heisner
                                           Donald G. Rez
                                           Robert P. Allenby
                                           Attorneys for Defendant
                                           HUNT BUILDING COMPANY, LTD.

# Unable to scan this exhibit

---

Please see the case file in the clerks office.

FILED

05 DEC 20 PM 3:05

CLERK, U.S. DISTRICT C.
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH TENORIO, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUNT BUILDING COMPANY, LTD., a Texas limited partnership improperly sued as HUNT BUILDING CORPORATION, a Texas corporation; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. '05 CV 0939 BEN (POR)<br><br>STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON<br><br>District Judge:    Hon. Roger T. Benitez<br>Magistrate-Judge: Hon. Louisa S. Porter |

The parties of record to the above-referenced action, Plaintiff KENNETH TENORIO and Defendant HUNT BUILDING COMPANY, LTD. (collectively the "Parties of Record"), by and through their respective attorneys of record hereby stipulate as follows:

1. Apart from the Parties of Record, no other parties have been named or have appeared in this action;

2. The Parties of Record have settled the above-referenced action. The terms and conditions of the settlement are confidential;

///

///

**ORIGINAL**

::ODMA\PCDOCS\PCDOCS\248732\1

-1-

Case No. '05 CV 0939 BEN (POR) '05 CV 0939 BEN (POR)

ENTERED ON 12/22/05

3.    Pursuant to the terms of the confidential settlement and Rule 41(a) of the Federal Rules of Civil Procedure, MR. TENORIO hereby agrees that this action, and each and every claim for relief alleged therein, shall be dismissed with prejudice as to himself;

4.    Pursuant to the terms of the confidential settlement and Rule 41(a) of the Federal Rules of Civil Procedure, MR. TENORIO hereby agrees that this action, and each and every claim for relief alleged therein, shall be dismissed without prejudice as to the members or potential members of the class defined in the First-Amended Complaint;

5.    Nothing in this Stipulation is intended or shall be construed to be an admission by HUNT BUILDING COMPANY, LTD. as to the validity of any claim for relief or the viability, propriety or existence of any class with respect to any claim for relief alleged in the First-Amended Complaint;

6.    The Parties of Record shall each bear their own attorneys' fees and costs with respect to the Action and the negotiation, drafting, and execution of the settlement agreement, including this stipulated order of dismissal; and

7.    This Stipulation may be executed and submitted to the Court in counterparts with facsimile signatures, each of which shall be deemed an original and all of which shall together constitute one Stipulation.

Dated:   December _16_, 2005

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

By: _____
John R. Heisner
Donald G. Rez
Robert P. Allenby
Attorneys for Defendant
HUNT BUILDING COMPANY, LTD.

///
///
///
///
///

::ODMA\PCDOCS\PCDOCS\248732\1

-2-

Case No. '05 CV 0939 BEN (POR) '05 CV 0939 BEN (POR)

| | | |
|---|---|---|
| 1 | Dated:    December 7, 2005 | THE INITIATIVE LEGAL GROUP, LLP, a California limited liability partnership |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| | | Mark Yablonovich |
| 5 | | Marc Primo |
| | | Greg Ryan |
| 6 | | Attorneys for Plaintiff |
| | | KENNETH TENORIO |

[PROPOSED] ORDER OF DISMISSAL

Pursuant to the above Stipulation of the Parties of Record and Rule 41(a) of the Federal Rules of Civil Procedure, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. This action, , and each and every claim for relief alleged therein, is hereby dismissed with prejudice as to Plaintiff KENNETH TENORIO;

2. This action, and each and every claim for relief alleged therein, is hereby dismissed without prejudice as to the members or potential members of the class defined in the First-Amended Complaint; and

3. The Parties of Record shall each bear their own costs, including attorneys' fees, incurred in connection with this action.

Dated:    December 20, 2005

_____
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| Dated: | December _____, 2005 | THE INITIATIVE LEGAL GROUP, LLP, a California limited liability partnership |

By: _____
Mark Yablonovich
Marc Primo
Greg Ryan
Attorneys for Plaintiff
KENNETH TENORIO

## [PROPOSED] ORDER OF DISMISSAL

Pursuant to the above Stipulation of the Parties of Record and Rule 41(a) of the Federal Rules of Civil Procedure, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. This action, , and each and every claim for relief alleged therein, is hereby dismissed with prejudice as to Plaintiff KENNETH TENORIO;

2. This action, and each and every claim for relief alleged therein, is hereby dismissed without prejudice as to the members or potential members of the class defined in the First-Amended Complaint; and

3. The Parties of Record shall each bear their own costs, including attorneys' fees, incurred in connection with this action.

Dated: December _____, 2005

_____
UNITED STATES DISTRICT JUDGE

::ODMA\PCDOCS\PCDOCS\248732\1

-3-

Case No. '05 CV 0939 BEN (POR) '05 CV 0939 BEN (POR

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
 John R. Heisner, SBN 55716
 Donald G. Rez, SBN 082615
 Robert P. Allenby, SBN 156926
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372
3189.10114
Attorneys for Defendant HUNT BUILDING COMPANY, LTD.

RECEIVED
DEC 19 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CA.
BY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH TENORIO, individually, and on behalf of other members of the general public similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>HUNT BUILDING COMPANY, LTD., a Texas limited partnership improperly sued as HUNT BUILDING CORPORATION, a Texas corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. '05 CV 0939 BEN (POR)<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON**<br><br>Courtroom:         3<br>District Judge:     Hon. Roger T. Benitez<br>Magistrate-Judge:  Hon. Louisa S. Porter |

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the within action; my business address is 550 West C Street, Suite 1500, San Diego, California 92101.

On December 16, 2005, I served the foregoing document(s), described as:

**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON**

///

///

///

**ORIGINAL**

1 | ☒ | by placing the ☐ original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

| Mark Yablonovich, Esq.<br>Marc Primo, Esq.<br>Greg Ryan, Esq.<br>INITIATIVE LEGAL GROUP, LLP<br>1875 Century Park East, Suite 1800<br>Los Angeles, CA 90067<br>(310) 556-5637; (310) 861-9051 - FAX<br>Attorneys for **Plaintiffs/Class Members** | |
|---|---|

☒ **BY U.S. MAIL.** I deposited such envelope in the mail at San Diego, California. The envelopes were mailed with postage thereon fully prepaid.

I am readily familiar with Sullivan, Hill, Lewin, Rez & Engel's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on December 16, 2005, at San Diego, California.

Shauna M. Matheny

::ODMA\PCDOCS\PCDOCS\249644\1        -2-        Case No. '05 CV 0939 BEN (POR)
CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | SULLIVAN, HILL, LEWIN, REZ & ENGEL |
| | A Professional Law Corporation |
| 2 | John R. Heisner, SBN 55716 |
| | Donald G. Rez, SBN 082615 |
| 3 | Robert P. Allenby, SBN 156926 |
| | 550 West "C" Street, Suite 1500 |
| 4 | San Diego, California 92101 |
| | Telephone: (619) 233-4100 |
| 5 | Fax Number: (619) 231-4372 |
| | 3189.10114 |
| 6 | Attorneys for Defendant HUNT BUILDING COMPANY, LTD. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH TENORIO, individually, and on behalf of other members of the general public similarly situated, | Case No. '05 CV 0939 BEN (POR) |
| | **CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF FINAL ORDER OF DISMISSAL** |
| Plaintiffs, | |
| v. | |
| | Courtroom: 3 |
| HUNT BUILDING COMPANY, LTD., a Texas limited partnership improperly sued as HUNT BUILDING CORPORATION, a Texas corporation; and DOES 1 through 10, inclusive, | District Judge: Hon. Roger T. Benitez |
| | Magistrate-Judge: Hon. Louisa S. Porter |
| Defendants. | |

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the within action; my business address is 550 West C Street, Suite 1500, San Diego, California 92101.

On December 23, 2005, I served the foregoing document(s), described as:

**NOTICE OF ENTRY OF FINAL ORDER OF DISMISSAL**

///

///

///

**ORIGINAL**

::ODMA\PCDOCS\PCDOCS\249940\1                                       Case No. '05 CV 0939 BEN (POR)
CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF FINAL ORDER OF DISMISSAL

☒   by placing the ☐ original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Greg Ryan, Esq.<br>INITIATIVE LEGAL GROUP, LLP<br>1875 Century Park East, Suite 1800<br>Los Angeles, CA 90067<br>(310) 556-5637; (310) 861-9051 - FAX<br>Attorneys for **Plaintiffs/Class Members** | |

☒   **BY U.S. MAIL.** I deposited such envelope in the mail at San Diego, California. The envelopes were mailed with postage thereon fully prepaid.

I am readily familiar with Sullivan, Hill, Lewin, Rez & Engel's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on December 23, 2005, at San Diego, California.

Shauna M. Matheny

::ODMA\PCDOCS\PCDOCS\249940\1

-2-

Case No. '05 CV 0939 BEN (POR)

CERTIFICATE OF SERVICE